# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 9, 2014

## NO. 03-13-00795-CV

**Mike Lucio, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on October 15, 2013. Having reviewed the record, the Court holds that Mike Lucio has not prosecuted his appeal and did not comply with a notice from the clerk of this court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. Lucio shall pay all costs relating to this appeal, both in this Court and the court below.